607 A.2d 985

IN THE MATTER OF JOHN S. POWER, AN ATTORNEY AT LAW.

June 11, 1992.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that JOHN S. POWER of SEA GIRT, who was admitted to the bar of this State in 1966, and who was thereafter suspended from the practice of law for a period of three years by Order of this Court dated April 12, 1989, effective May 1, 1989, be restored to the practice of law, and good cause appearing;

It is ORDERED that the petition for restoration to practice is granted, effective immediately.